IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY HAGANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA and ) <br> UNITED STATES FOREST SERVICE, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:12-CV-383 (MTT) |

## ORDER

This matter is before the Court on the Defendants' Motion to Dismiss.  (Doc. 6).  The Plaintiff has brought a claim under the Federal Tort Claims Act.  The Defendants assert that the United States Forest Service is not a proper party to this action pursuant to 28 U.S.C. § 2679(b).  The Plaintiff has consented to dismissing the United States Forest Service as a party to this action.  Accordingly, the Defendants' Motion is **GRANTED**, and the United States Forest Service is **DISMISSED** as a party to this action.

**SO ORDERED**, this the 24th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT