IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY HAGANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-383 (MTT) |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| UNITED STATES FOREST SERVICE, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the Defendants' Motion to Dismiss. (Doc. 6). The Plaintiff has brought a claim under the Federal Tort Claims Act. The Defendants assert that the United States Forest Service is not a proper party to this action pursuant to 28 U.S.C. § 2679(b). The Plaintiff has consented to dismissing the United States Forest Service as a party to this action. Accordingly, the Defendants' Motion is **GRANTED**, and the United States Forest Service is **DISMISSED** as a party to this action.

**SO ORDERED**, this the 24th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT